IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

PETER TORRENS, et al.,

    Plaintiffs,

    v.

LOCKHEED MARTIN SERVICES, CORP., et al.,

    Defendants.

CIVIL NO. 99-1074 (RLA)

**JUDGMENT**

Plaintiffs having failed to submit the settlement stipulation and/or motion for voluntary dismissal in this case despite the extensions of time granted by the court,[1] it is hereby

ORDERED AND ADJUDGED that the complaint filed in this case be and the same is hereby **DISMISSED**.

IT IS SO ORDERED.

San Juan, Puerto Rico, this 4th day of May, 2006.

                        S/Raymond L. Acosta
                        RAYMOND L. ACOSTA
                      United States District Judge

---

[1] See, Order filed on December 1, 2005 (docket No. 51) granting until **January 13, 2006**, Order filed on January 12, 2006 (docket No. 53) granting until **February 28, 2006** and Order Setting Final Deadline for Filing Settlement Stipulation and/or Motion for Voluntary Dismissal, filed on March 29, 2006 (docket No. 54) granting until **April 28, 2006.**